UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PHILIP HORNE, ET AL.**                                                            **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO. 1:05CV238 LTS-JMR**

**MISSISSIPPI POWER COMPANY, ET AL.**                          **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

ORDERED

That the plaintiffs' motion to remand is hereby GRANTED;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the plaintiffs shall, within fourteen days of the date of this order, itemize their claim for actual expenses, including attorneys' fees, incurred as a result of the second removal of this action from state court; and

That the defendants shall, within fourteen days of the date plaintiffs' itemization is completed and served, respond to the plaintiffs' itemization.

SO ORDERED this 9th day of November, 2005.

                                                                s/ *L. T. Senter, Jr.*

                                                                 L. T. Senter, Jr.
                                                                 Senior Judge